UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WARNER-LAMBERT COMPANY | : | |
| | : | |
| Plaintiff, | : | Civ. Action No. 99-922(DRD) |
| | : | |
| v. | : | **O R D E R** |
| | : | |
| TEVA PHARMACEUTICALS USA, INC. | : | |
| | : | |
| Defendant. | : | |

This matter having come before the court on the motion of plaintiff, Warner-Lambert Company for an order granting summary judgment of enablement and infringement and the court having considered the submissions and arguments of the parties, and for the reasons set forth in an opinion of even date,

It is this 31st day of January, 2006;

**ORDERED as follows:**

1. Plaintiff's motion for an order granting summary judgment of enablement is denied.

2. Plaintiff's motion for an order granting summary judgment of infringement is granted.

 /s/ Dickinson R. Debevoise
DICKINSON R. DEBEVOISE
U.S.S.D.J.